# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **MICHAEL DEMOND STARKS,** | |
| Plaintiff, | No. 3:15-cv-00358 |
| v. | Judge Nixon |
| | Magistrate Judge Brown |
| **SHERIFF ROBERT BRYAN, et al.,** | JURY DEMAND |
| Defendants. | |

## ORDER

Pending before the Court is Defendants' Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). (Doc. No. 22.) On December 17, 2015, Magistrate Judge Brown issued a Report and Recommendation recommending that Defendants' Motion to Dismiss be granted. (Doc. No. 48 at 21–22.) The Report and Recommendation provided that either party could file an objection within fourteen days. (*Id.* at 22.) Neither party has filed an objection.

Upon review, the Court finds the Report and Recommendation to be well-founded and **ADOPTS** it in its entirety. Accordingly, Starks' federal claims are **DISMISSED with prejudice**, his state law claims are **DISMISSED without prejudice**, and the Clerk of the Court is directed to **CLOSE** the case.

It is so ORDERED.

Entered this the 25th day of January, 2016.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT